FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 21 2012

Shy

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAYVEON DAVID LENNAN,<br><br>   Petitioner,<br><br>  v.<br><br>MATTHEW CATE,<br><br>   Respondent. | Case No. CV 11-08826 DMG (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner has waived objections to the Magistrate Judge's factual findings by failing to file Objections to the R&R in the required time and manner. *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007). IT IS ORDERED that:

  1. The Court accepts the findings and recommendation of the R&R.

  2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

  3. Any and all pending motions are denied as moot and terminated.

  IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: August 20, 2012

                DOLLY M. GEE
                UNITED STATES DISTRICT JUDGE