FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy   DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAYVEON DAVID LENNAN,<br>  Petitioner,<br>  v.<br>MATTHEW CATE,<br>  Respondent. | Case No. CV 11-08826 DMG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 20, 2012

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY