1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                          DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRAYVEON DAVID LENNAN, | Case No. CV 11-08826 DMG (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 20, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY